UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CIVIL MINUTES - GENERAL

Case No.   CV 07-3459-AHS(FMOx)                    Date: September 9, 2008

Title:   MARGUERITE SWAN, etc. v. STEWARD FINANCIAL INC.

==================================================================
PRESENT: HON. ALICEMARIE H. STOTLER, CHIEF U.S. DISTRICT JUDGE

    Ellen Matheson                    Not Present
    Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
Not present                          Not present

PROCEEDINGS:   (In Chambers) ORDER TO SHOW CAUSE RE DISMISSAL
                             RETURNABLE: OCTOBER 6, 2008

    Counsel are hereby ordered to show cause in writing no later than **October 6, 2008**, why this case should not be dismissed pursuant to F.R.Civ.P. Rule 41, for lack of prosecution.  No oral argument of this matter will be heard unless ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of an appropriate response.

    Counsel is advised that the Court will consider either the filing of defendant's response to the Second Amended Complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules, or an application by plaintiff for entry of default by clerk as to defendant, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

    The Clerk shall serve this minute order on counsel for all parties in this action.

                                                                      :
Initials of Deputy Clerk:   enm